☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

         - v. -                :     NOTICE OF INTENT
                                     TO FILE AN INFORMATION
HAROLD BAUMAN,                 :

              Defendant.       :
                                     08 CRIM 599
- - - - - - - - - - - - - - - - x

*JUDGE LYNCH*

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 25, 2008

                            MICHAEL J. GARCIA
                            United States Attorney


                      By:   _____
                            Jason B. Smith
                            Assistant United States Attorney
                            Tel:  212-637-1026
                            Fax:  212-637-2527


                            AGREED AND CONSENTED TO:

                      By:   _____
                            Martin Cohen, Esq.
                            Attorney for Harold Bauman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

6/25/08  WHEEL A