JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          INFORMATION

        -v.-                     :          08 Cr.

HAROLD BAUMAN,                    :     08 CRIM 599

        Defendant.           :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.   On or about October 11, 2007, in the Southern

District of New York, HAROLD BAUMAN, the defendant, unlawfully,

willfully, and knowingly did possess a firearm, as that term is

defined in Title 26, United States Code, Sections 5845(a)(3) and

(c), that was not registered to him in the National Firearms

Registration and Transfer Record, to wit, an AR-15-type, .223

caliber rifle with a barrel length of less than 16 inches.

(Title 26, United States Code, Section 5861(d).)

FORFEITURE ALLEGATION

2.   As a result of committing the offense alleged in

Count One of this Information, defendant HAROLD BAUMAN shall

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 2 2008

forfeit to the United States pursuant to 18 U.S.C. § 5872(a), any

firearms involved in the offense charged in Count One of this

Information.

(Title 26, United States Code, Section 5872(a).)


MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

HAROLD BAUMAN,

Defendant.

**INFORMATION**

08 Cr.

(26 U.S.C. § 5861(d))

MICHAEL J. GARCIA
United States Attorney.

July 2. 2008 CB
Filed waiver of Indictment and Information.
~~Filed consent to plead before magistrate judge.~~
Deft. pres. n/atty: Marlin Cohen. AUSA: Jason Smith
present. Deft arraigned and pleads not guilty.
Time excluded from 7/2/08 to 7/21/08. Deft cnt'd
released on bail.

Freeman. USMJ