```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

        - v. -                    :    08 Cr.

HAROLD BAUMAN,                    :

            Defendant.            :

                                  :
- - - - - - - - - - - - - - - - - x
```

**08 CRIM 599**

The above-named defendant, who is accused of violating Title 26, United States Code, Section 5861(d), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
                              _____
                              Harold Bauman
                              Defendant

                              _____
                              Witness

                              _____
                              Martin Cohen, Esq.
                              Counsel for Defendant
```

Dated:    New York, New York
          July 2, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____