# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

By Facsimile: (212) 805-0436

July 18, 2008

The Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Harold Bauman**
    08-Cr.-599(GEL)

Dear Judge Lynch:

    I represent Mr. Harold Bauman in the above-captioned case. Mr. Bauman is charged with possessing a firearm in violation of 26 U.S.C. §5861(d). I write to request a continuation of Mr. Bauman's first pre-trial conference, currently scheduled for July 21, 2008 at 10:15 am. The reason for the request is that Mr. Bauman is ill (with symptoms of a stomach flu). The Government - per Assistant United States Attorney Jason Smith - consents to the continuation.

    I have spoken with your chambers and have tentatively scheduled to August 8, 2008 at 2:00 pm for the conference. Mr. Bauman is currently in discussions with the Government about a possible disposition of this matter, and consents to the exclusion of time through August 8, 2008 for the purposes of the Speedy Trial Act.

    Thank you for your consideration of this request.

\* Adjournment granted. Time is excluded under STA pursuant to 18 USC §3161(h)(4) due to defendant's physical incapacity to be present

Respectfully submitted,

Martin S. Cohen
Attorney for Harold Bauman
212-417-8737

cc: Jason Smith, AUSA, via facsimile (212)637-2527

**SO ORDERED**
GERARD E. LYNCH, U.S.D.J.
7/21/08

TOTAL P.002